# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                          NO.  2021 CW 0309
INTEREST OF S. D. AND H. D.


**MARCH 22, 2021**

In Re:   Mary Savoye and Irwin Savoye, Jr., applying for
         supervisory writs, 22nd Judicial District Court,
         Parish of St. Tammany, No. JC-0530-2020.

BEFORE:   **THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED; STAY DENIED.** Louisiana Children's Code articles 697 and 707 provide that for "good cause shown, the court ... may allow any interested person ... to intervene in the case review and permanency review proceedings, respectively, to facilitate the permanent plan for the child and to insure that the best interests of the child are protected." Under these provisions, intervention is limited to the purpose of facilitating the child's permanent placement and protecting the child's best interests. **State ex rel. A.L.**, 2009-1085 (La. App. 1st Cir. 10/27/09), 29 So.3d 618. Accordingly, we find no error in the trial court's ruling which deferred decision on the Petition for Intervention until the case review and permanency proceedings.

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT